1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   MARK KROTOSKI (CSBN 138549)
3  Chief, Criminal Division

4  DEREK R. OWENS (CSBN 230237)
   Assistant United States Attorney
5
       450 Golden Gate Avenue; Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-7183
7      FAX: (415) 436-7234
       derek.owens@usdoj.gov
8
   Attorneys for Plaintiff
9

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                    SAN FRANCISCO DIVISION

13

14 | UNITED STATES OF AMERICA,      ) No. 3-06-70382
   |                                )
15 |        Plaintiff,               ) STIPULATION AND [PROPOSED]
   |                                ) ORDER CONTINUING
16 |   v.                            ) PRELIMINARY HEARING OR
   |                                ) ARRAIGNMENT DATE AND
17 | ERICK RODAS VARGAS,             ) WAIVING TIME
   |                                )
18 |        Defendant.               )
   |                                ) SAN FRANCISCO VENUE
19 |_____)

20      On July 27, 2006, the parties in this case appeared before the Court for Preliminary

21 Hearing or Arraignment. At that time, the parties stipulated that the Preliminary Hearing

22 Date would be continued until August 29, 2006, and that time should be excluded from

23 the Speedy Trial Act calculations from July 27, 2006 to August 29, 2006 for effective

24 preparation of defense counsel, taking into account the exercise of due diligence. See 18

25 U.S.C. § 3161(h)(8)(B)(iv). The parties also stipulated that, pursuant to Federal Rule of

26 Criminal Procedure (FRCP) 5.1(d), the time limits set forth in FRCP 5.1(c) be tolled and

27 waived from July 27, 2006, to and including August 29, 2006. The parties agree that –

28 taking into account the public interest in prompt disposition of criminal cases – good

Stipulation and [Proposed] Order
3-06-70382

1  cause exists for this extension.
2  **IT IS SO STIPULATED.**
3                                                          Respectfully submitted,
4                                                          KEVIN V. RYAN
                                                           United States Attorney
5
6  DATED:   08/03/06                                       /s/ Derek R. Owens
                                                           DEREK R. OWENS
7                                                          Special Assistant U.S. Attorney
8
9
10 DATED:   08/25/06                                       /s/ Josh Cohen
                                                           JOSH COHEN
11                                                         Attorney for Defendant Vargas
12
13
14     As the Court found on July 27, 2006, and for the reasons stated above, the Court finds
15 that an exclusion of time between July 27, 2006 and August 29, 2006 is warranted and
16 that the ends of justice served by the continuance outweigh the best interests of the public
17 and the defendant in a speedy trial. The failure to grant the requested continuance would
18 deny defense counsel the reasonable time necessary for effective preparation, taking into
19 account the exercise of due diligence, and would result in a miscarriage of justice. See 18
20 U.S.C. §3161(h)(8)(B)(iv). The Court also finds that good cause exists pursuant to
21 Federal Rule of Criminal Procedure (FRCP) 5.1(d) to waive and toll the time limits set
22 forth in FRCP 5.1(c) from July 27, 2006, to and including August 29, 2006.
23
24
25 **IT IS SO ORDERED.**
26
27 DATED:   8/31/06
                                                           _____
28                                                         BERNARD ZIMMERMAN
                                                           United States Magistrate Judge
                                                           JOSEPH C. SPERO

Stipulation and [Proposed] Order
3-06-70382